IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES BUREAU OF RECLAMATION, and BONNEVILLE POWER ADMINISTRATION, <br><br> Defendants. | CV 16–101–M–DLC–JCL <br><br> ORDER |

**FILED**

DEC 12 2016

Clerk, U.S. District Court
District Of Montana
Missoula

Pursuant to the Parties' Joint Stipulation for Dismissal (Doc. 7),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

Dated this 12th day of December, 2016.

Dana L. Christensen, Chief Judge
United States District Court

1